AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
JULY SHELBY
aka William McClain

*Defendant*

Case No. 1:16-mj-00803

**FILED**

NOV 08 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

### ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  July Shelby aka William McClain ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2 - distributed a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2).

Date: 11/08/2016

*Issuing officer's signature*

City and state: Indianapolis, IN

Mark J. Dinsmore, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-8-16 , and the person was arrested on *(date)* 11-7-16
at *(city and state)* Indianapolis IN .

Date: 11-8-16

*Arresting officer's signature*

Dgin Odier - TFO
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: July Justine Shelby
Known aliases: William McClain
Last known residence: 4251 E. 34th Street, Indianapolis, IN
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 04/27/1964
Social Security number: 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
Height: 6'2       Weight: 220
Sex: Male        Race:
Hair:            Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation, Indianapolis, IN

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: