Judge Jane Magnus-Stinson
U.S. District Court Seventh Circuit
46 East Ohio Street  Room 105
Indianapolis, Indiana  46204

**FILED**

**11/23/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

July Justine Shelby
Reg # 15472-028
PO Box 1000
Otisville, New York 10963

November 18, 2021        Re: Compassionate Release

Dear Judge Stinson,
    Five years has passed since my arrest in 2016
and I wanted to apprise you of how things have gone
for me, my current conditions and health care issues
in hope for a compassionate release.
    I found Federal law much more difficult to navigate
than Indiana State law so I beg your tolerance and
leave to allow me this narrative.
    The Federal Bureau of Prisons totally ignored your sentence
recommendations to house me in a female medical facility
and continue treating my gender dysphoria.
    While the BOP has continued my hormone therapy
provided female undergarments and very limited cosmetics,
they are totally negligent when it came to recognizing

③

hand. Upon the final decision I filed a 2241
with the Southern District of New York and the case
lingers there.

At one point the BOP lead me to believe
they were willing to send me to Carswell when my
hormone levels were at female levels. When I was
tested and found compliant, they recinded the
offer, refusing to put their response in writing.

In March of 2020 I contracted COVID 19 and
fought long haul covid for more than a year. I was
sent to an outside hospital twice for pneumonia related
to Covid and nearly died in isolation because staff
and medical didn't take my conditions seriously. But
for one paramedic who stepped out of his lane and helped
me I have no doubt I would have died. His name
is James Gibbs and I thank him every time I meet
him.

During my illness I was placed in one cell
that had exposed asbestos tiles, black mold and an open
septic line that routinely drained onto the cell floor.
Staff were aware of this cell's condition (its still condemned)
and left me there for a week. When they finally did
move me it was up four flights of stairs.

Imagine, I already suffered chronic COPD prior to Covid
and was battling pneumonia when I was placed on
the 500 tier. Too weak and breathless to navigate

(5)

Now that the BOP has lifted it's gate restrictions the VA is scheduled to visit me here at Otisville to evaluate my claims. Once they approve me I will recieve approximatly $3000,00 per month plus have full VA medical insurance and be eligable for a VA home loan.

I tell you this so you would know that I will not be coming out without a saftey net. I can have a safe roof over my head, afford regular counseling and finally recieve my gender affirming surgeries and I will be able to do so in an environment where my health is less likely to suffer so catastrophically.

My request may be somewhat complicated by the fact that I do have an Indiana State parole violation for this arrest. Should you entertain this plea and appoint me counsel they could approach the parole board on my behalf and possibly allow me to reinstate that parole in conjunction with my ten year probatoire term from your Court plus any other orders you may invoke in this agreement.

Your Honor, I messed up, plain and simple. I was eighteen months into a two year parole sentence after which I would be free to live my life and free of the registry because of Wallace. How stupid could I be.

I became involved with Brian Thornburg in 2004 while in prison and we had an established, dysfunctional

Addendum:

I applied for a compassionate release from the Bureau of Prisons six months ago and was denied.

Jack Justice Shelley