July Justice Shelly 154 ic 528
P.O Box 1000
Otisville, NY 10963

WESTCHESTER NY 105

19 NOV 2021 PM 4 L



The Honorable Jane Magnus-Stinson
U.S. District Court
46 East Ohio Street Room 105
Indianapolis, Indiana 46204

**FILED**

NOV 2 3 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Legal Mail

46204-191930